**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

TEMURMALIK NOSIROV,

        *Petitioner*,

        v.

JOHN RIFE, Acting Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement; JAMAL L. JAMISON, Warden of Philadelphia Federal Detention Center,

        *Respondents*.

**PETITION FOR WRIT OF HABEAS CORPUS**

**Case No.** 2:26-cv-1534

**<u>ORDER</u>**

AND NOW, this 1st day of April, 2026, upon consideration of the Petition for Writ of Habeas Corpus, Respondents' response, Petitioner's reply, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the Petition is **GRANTED**.

It is further **ORDERED** as follows:

1. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)

2. Respondents have not established, on the present record, that Petitioner is subject to mandatory detention under 8 U.S.C. § 1226(c)(1)(E) and its application here violates the Due Process Clause of the Fifth Amendment.

3. Respondents shall **RELEASE** Petitioner **IMMEDIATELY** from custody.

4. **Respondents shall certify compliance with this order by filing proof of his release and stating the time and manner of release on the docket no later than 5:00 P.M. E.S.T. on April 1, 2026.**

5. Respondents are temporarily enjoined from re-detaining Petitioner for seven days

following his release from custody.

6.  If Respondents pursue re-detention of Petitioner, they must first provide him with a bond

hearing at which a neutral immigration judge shall determine whether detention is

warranted pending the resolution of his removal proceedings.

BY THE COURT:

_____

Hon. Mia R. Perez